FILED

08/21/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0118

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 24-0118

_____

IN THE MATTER OF THE ESTATE OF:

LENA AMELIA JOHNSON,                                    O R D E R

     Deceased.

_____

     Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to a five-justice panel of this Court.

     The Clerk is directed to provide a copy hereof to all counsel of record and to the Honorable Kurt Krueger, District Judge.

For the Court,

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
August 21 2024